UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:23-cv-06490-MEMF-E                                        Date: November 27, 2023

Title   *Roberto Sanchez et al v. Oscar A. Isidoro et al*

Present: The Honorable:   Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: Order to Show Cause**

On October 31, 2023, the Court ordered the parties to file a joint statement regarding a judgment from Los Angeles Superior Court. *See* ECF No. 11. This joint statement was due on November 7, 2023. The parties have not filed anything in response.

Plaintiffs Roberto Sanchez and William Little are hereby ORDERED TO SHOW CAUSE within seven (7) days of this Order as to why this action should not be dismissed for failure to diligently prosecute and failure to follow an order of the Court. Plaintiffs' response to this Order should include (1) a brief statement as to why the action should not be dismissed, and (2) responses to the Court's questions as to the Los Angeles Superior Court judgment, as ordered in the Court's previous order at ECF No. 11.

Failure to adequately and timely respond to this Order may result in dismissal of the action without further warning.

Initials of Preparer     DBE